**Order entered April 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00086-CR
### No. 05-14-00087-CR

**JOSEPH JULIAN GUERRA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 219-82353-2012 and 219-81886-2013**

## ORDER

Appellant's April 1, 2015 motion for leave to file his reply brief in these cases is

**GRANTED**. We deem the reply brief timely filed and **DIRECT** the Clerk to file appellant's

reply brief as of April 1, 2015.


/s/     ELIZABETH LANG-MIERS
          PRESIDING JUSTICE